No. 1036. BAKER COMMODITIES, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Carl A. Stutsman, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, William Massar,* and *David English Carmack* for respondent.

No. 1051. HUCKABY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James Easly* for petitioner. *Solicitor General Griswold* for the United States.

No. 1094. SITTON ET UX. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *William T. Andress, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for the United States, and *June R. Welch* for American Title Company of Dallas, respondents.

No. 1112. CHESTNUT HILL CO. ET AL. *v.* CITY OF SNOHOMISH. Sup. Ct. Wash. Certiorari denied. *T. M. Royce* for petitioners.

No. 1120. ASSOCIATED PIPELINE CONTRACTORS, INC., ET AL. *v.* DAVIS. C. A. 5th Cir. Certiorari denied. *Edmund E. Woodley* for petitioners.

No. 1123. MCEWEN MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Edward Carmack Cochran* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent National Labor Relations Board.